**WICHITA COMMERCIAL & SOCIAL CLUB.
ASS'N v. UNITED STATES.**
No. M–219.

Court of Claims.
Feb. 6, 1933.

W. A. Bolinger and Harvey D. Jacob, both of Washington, D. C., for plaintiff.

Fred K. Dyar, of Washington, D. C., and Charles B. Rugg, Asst. Atty. Gen. (Charles F. Kincheloe, of Washington, D. C., on the brief), for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

The facts in this case leave no room for doubt that the social features and activities of the plaintiff club constitute an important and material part of its activities, and are not merely incidental to some other predominant purpose. Fisler v. United States (the Manufacturers Club of Philadelphia) 66 Ct. Cl. 220; Army & Navy Club v. United States, 53 F.(2d) 277, 72 Ct. Cl. 684.